## RECONSIDERATION DOCKET

**95–108.** Armco, Inc. v. N. Assur. Co. of Am. *Butler County,* No. CA94–02–026. Reported at 72 Ohio St.3d 1407, 642 N.E.2d 495, and 72 Ohio St.3d 1533, 650 N.E.2d 110. It is ORDERED by the court that the motion for reconsideration of this court's dismissal for want of prosecution be, and is hereby, denied, effective June 8, 1995.

*Wednesday, June 14, 1995*

## MERIT DOCKET

**95–480.** State ex rel. Chandler v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–631.** Perotti v. Collins. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–700.** State ex rel. The Cincinnati Enquirer v. Warren Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed as moot.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., dissents.

**95–759.** State ex rel. Gearing v. Gaughan. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–760.** State ex rel. Reeder v. Corrigan. In Mandamus. On motion to strike or alternatively to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–763.** State ex rel. Sherrills v. Eighth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–779.** Scales v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–792.** Wise v. Ohio Parole Authorities. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–806.** Brancho v. Shiplevy. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–815.** Brenneman v. Behrman. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY and COOK, JJ., dissent and would grant an alternative writ.

**95–827.** State ex rel. Harris v. Brogan. On motion to dismiss, motion to compel discovery and request for production of documents, and motion for stay pending ruling on motion to compel discovery, production of documents, and appointment of counsel. Motion to dismiss granted; all other motions denied; cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents, would treat the above motions as a motion for delayed appeal, and would grant the delayed appeal.

**95–830.** State ex rel. Walters v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.